Jessie FRY, Individually and Doing Business as National Motor Finance Company, v. Paul A. PORTER, Administrator, Office of Price Administration.

No. 3380.

Circuit Court of Appeals, Tenth Circuit.

Nov. 12, 1946.

Isaac Mellman, of Denver, Colo., for appellant.

David London, Director, Litigation Division, Albert M. Dreyer, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., and Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed November 12, 1946, for failure to prosecute.

BROOKS CLOTHING OF CALIFORNIA, Limited, Defendant-Appellant, v. BROOKS BROTHERS, Plaintiff-Appellee.

No. 11158.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1947.

Rehearing Denied Feb. 10, 1947.

See also D.C., 5 F.R.D. 14.

Pacht, Pelton, Warne, Ross & Bernhard, of Los Angeles, Cal. (Isaac Pacht, Clore Warne, and Bernard Reich, all of Los Angeles, Cal., and Harry D. Nims, Minturn de S. Verdi, and Wm. Mitchell Van Winkle, Jr., all of New York City, of counsel), for appellant.

Beekman Aitken, of New York City (Felix T. Smith, Eugene Prince, and Pillsbury, Madison & Sutro, all of San Francisco, Cal., of counsel), for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The opinion of District Judge Leon R. Yankwich (60 F.Supp. 442) correctly sets forth the salient facts, analyzes the issues, and applies the law. We adopt that opinion as our own. The judgment is affirmed.

James P. FINNEGAN, as Collector of Internal Revenue for the First District of Missouri, Appellant, v. C. V. MOSBY COMPANY, a Corporation.

No. 13480.

Circuit Court of Appeals, Eighth Circuit.

Dec. 27, 1946.

Harry C. Blanton, U. S. Atty., of Sikestan, Mo., for appellant.

W. J. Blesse and William Kohn, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, pursuant to stipulation of parties.